Lukas J. Clary, State Bar No. 215519
lclary@weintraub.com
Ryan E. Abernethy, State Bar No. 267538
rabernethy@weintraub.com
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone:    916/558.6000
Facsimile:    916/446.1611

Attorneys for Defendants
Galindo Construction Company, Inc.;
Lisa M. Galindo and Don Ron Galindo

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES ex rel. MATTHEW ZUGSBERGER AND MATTHEW ZUGSBERGER<br><br>Plaintiffs,<br><br>v.<br><br>T.L. PETERSON, INC., a California corporation, *in personam*; GALINDO CONSTRUCTION COMPANY, INC., a California corporation, *in personam*; LISA M. GALINDO, an individual, *in personam*; DON RON GALINDO, an individual, *in personam*; DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:17-CV-02277-KAW<br><br>**[Hon. Kandis A. Westmore]**<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Jury Trial Requested<br><br>**Complaint Filed: 9/11/17** |

Pursuant to Rules 6-1, 6-2, and 7-12 of the United States District Court for the Northern District of California, Plaintiff and Relator Matthew Zugsberger ("Plaintiff"), Defendants Galindo Construction Company, Inc., Lisa M. Galindo and Don Ron Galindo ("Galindo Defendants") and Defendant T.L. Peterson ("Peterson") (collectively, "the Parties") hereby stipulate, agree, and request that the Case Management Conference currently set for April 3, 2018 at 1:30 p.m. be moved to May 1, 2018 at 1:30 p.m. or such subsequent time as the Court deems appropriate. The Parties

further stipulate and request that the case schedule set forth the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 13) be modified as follows:

1) Deadlines currently set for March 13, 2018 pursuant to Federal Rule of Civil Procedure 26(f), ADR Local Rule 3-5, and Civil Local Rule 16-8 be moved to April 24, 2018; and

2) Deadlines currently set for March 27, 2018 pursuant to Federal Rule of Civil Procedure 26(a) and Civil Local Rule 16-9 be moved to April 24, 2018.

There is good cause for this stipulation and request. The current Case Management Conference was set for April 3, 2018 based on Plaintiff's First Amended Complaint being filed on January 3, 2018. On March 9, 2018, following the Parties' stipulation (Docket No. 30) and the Court's Order upon that stipulation (Docket No. 32), Plaintiff filed a Second Amended Complaint (Docket No. 33). The Second Amended Complaint contains 13 new claims and several new allegations that were not present in the First Amended Complaint. At present, none of the Defendants have responded to the Second Amended Complaint and Defendant TL Peterson has not yet appeared in this action. A brief continuance of the Case Management Conference and corresponding deadlines set forth above will allow Defendants sufficient time to evaluate and respond to the new claims and allegations, and will allow the Parties to more meaningfully comply with their obligations under Rule 26 and the applicable Local Rules.

There have been no previous modifications pursuant to stipulation in this case. There has been one previous modification to the Case Management Conference and Case Schedule pursuant to Court order. Specifically, the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 13) modified the dates set forth in the original April 24, 2017 Order Setting Initial Case Management Conference and ADR Deadlines that corresponded to Plaintiff's original complaint.

Other than the modifications set forth herein, granting this stipulation and request will have no significant impact on the schedule for this case as the case is not yet at issue and no trial date has been scheduled.

///

///

Dated: March 13, 2018　　　　**ANDERSON CAREY WILLIAMS & NEIDZWSKI. PLLC**

By: _s/ Nicholas J. Neidzwski_
　　　Nicholas J. Neidzwski
　　　Attorneys for Plaintiff

Dated: March 13, 2018　　　　**weintraub tobin** chediak coleman grodin
　　　　　　　　　　　　　　　LAW CORPORATION

By: _s/ Lukas J. Clary_
　　　Lukas J. Clary
　　　Ryan E. Abernethy
　　　Attorneys for Galindo Defendants

Dated: March 13, 2018　　　　**MURPHY AUSTIN ADAMS SHOENFELD, LLP**

By: _s/ Lisa D. Nicolls_
　　　Lisa D. Nicolls
　　　Attorneys for Peterson Defendant

**PROPOSED ORDER** AS MODIFIED

PURSUANT TO STIPULATION, IT IS SO ORDERED, the Case Management Conference is continued to May 1, 2018, at 1:30 p.m., with the joint case management conference statement due by April 24, 2018.

Dated: 3/14/18 　　　　　　　　　　_Kandis Westmore_
　　　　　　　　　　　　　　　　　　Hon. Kandis A. Westmore