Peter Prows (CBN 257819)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Telephone:  (415) 402-2700
Facsimile:  (415) 398-5630
Email:  pprows@briscoelaw.net

Bruce J. Highman (CBN 101760)
Louis A. Highman (CBN 61703)
HIGHMAN & HIGHMAN
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone:  (415) 982-5562
Facsimile:  (415) 982-5202
Email:  bruce.highman@highmanlaw.com

Nicholas J. Neidzwski (CBN 273020)
Gordon Carey (*pro hac vice*)
ANDERSON CAREY WILLIAMS & NEIDZWSKI, PLLC
1501 Eldridge Avenue
Bellingham, WA 98225
Telephone:  (360) 671-6711
Facsimile:  (360) 647-2943
Email:  nick@boatlaw.com

Attorneys for Plaintiff and Relator MATHEW ZUGSBERGER

**IT IS SO ORDERED**
*Kandis Westmore*
Judge Kandis Westmore

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. MATTHEW ZUGSBERGER and MATTHEW ZUGSBERGER,<br><br>Plaintiffs,<br><br>v.<br><br>T.L. PETERSON, INC., a California corporation, *in personam*; GALINDO CONSTRUCTION COMPANY, INC., a California corporation, *in personam*; LISA M. GALINDO, an individual, *in personam*; DON RON GALINDO, an individual, *in personam*; DOES 1-10, inclusive,<br><br>Defendants. | No. CV-17-2277-KAW<br><br>STIPULATION TO FILE THIRD AMENDED COMPLAINT [FRCP R. 15(a)(2)] |

1

Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, the parties to this action stipulate to the filing of the Third Amended Complaint, attached as **Exhibit 1**.

Dated: April 3, 2018  BRISCOE IVESTER & BAZEL LLP

By: /s/ Peter Prows
Peter Prows
Attorneys for Plaintiff

Dated: April 3, 2018  **weintraub tobin** chediak coleman grodin
LAW CORPORATION

By: /s/ Ryan E. Abernethy (per authorization)
Lukas J. Clary
Ryan E. Abernethy
Attorneys for Peterson and Galindo Defendants

Dated: April 3, 2018  **MURPHY AUSTIN ADAMS SHOENFELD, LLP**

By: /s/ Lisa D. Nicolls (per authorization)
Lisa D. Nicolls
Attorneys for Peterson Defendant