| | |
|---|---|
| 1 | PETER PROWS, CBN 257819<br>BRISCOE IVESTER & BASEL LLP |
| 2 | 155 Sansome Street, Seventh Floor<br>San Francisco, CA 94104 |
| 3 | Telephone: (415) 402-2700<br>Facsimile: (415) 398-5630 |
| 4 | Email: pprows@briscoelaw.net |
| 5 | BRUCE J. HIGHMAN, CBN 101760<br>LOUIS A. HIGHMAN, CBN 61703 |
| 6 | HIGHMAN & HIGHMAN<br>A Professional Law Association |
| 7 | 870 Market Street, Suite 467<br>San Francisco, CA 94102 |
| 8 | Telephone: (415) 982-5563<br>Facsimile: (415) 982-5202 |
| 9 | Email: bruce.highman@highmanlaw.com |
| 10 | NICHOLAS J. NEIDZWSKI, CBN 273020<br>ANDERSON CAREY WILLIAMS |
| 11 | & NEIDZWSKI, PLLC<br>1501 Eldridge Avenue |
| 12 | Bellingham, WA 98225<br>Telephone: (360) 671-6711 |
| 13 | Facsimile: (360) 647-2943<br>Email: nick@boatlaw.com |
| 14 | |
| 15 | Attorneys for Plaintiff and Relator<br>MATTHEW ZUGSBERGER |

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES ex rel. MATTHEW ZUGSBERGER and MATTHEW ZUGSBERGER,<br><br>            Plaintiffs,<br><br> -v-<br><br>T. L. PETERSON, INC., a California corporation, *in personam*; GALINDO CONSTRUCTION COMPANY, INC., a California corporation, *in personam*; LISA M. GALINDO, an individual, *in personam*; DON RON GALINDO, an individual, *in personam*; DOES 1-10, inclusive,<br><br>            Defendants. | No. CV-17-2277 KAW<br><br>SECOND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER<br> AS MODIFIED |

Pursuant to Rules 6-1, 6-2, and 7-12 of the United States District Court for the Northern District of California, Plaintiff and Relator Matthew Zugsberger ("Plaintiff"), Defendants Galindo Construction Company, Inc., Lisa M. Galindo and Don Ron Galindo ("Galindo Defendants") and Defendant T.L. Peterson ("Peterson") (collectively, "the Parties") hereby stipulate, agree, and request that the Case Management Conference (CMC) currently set for May 1, 2018 at 1:30 p.m. be moved to May 8, 2018 at 1:30 p.m. or such subsequent time as the Court deems appropriate. The reason for this stipulation is that plaintiff's attorney Peter Prows has become unavailable to attend the Case Management Conference on May 1, 2018, because he has been impaneled on a jury in Alameda County Superior Court. Mr. Prows has been informed that the trial will continue beyond May 1, 2018, but will end later that week, i.e., before May 8, 2018.

This is the second time the parties have stipulated to continue the CMC. Because this case includes a qui tam claim for relief under the False Claims Act, it was initially filed under seal on April 24, 2017. After the seal was lifted, the Court on January 3, 2018, filed an Order Setting Initial Case Management Conference (Docket No. 13) which scheduled this CMC for April 3, 2018. On March 13, 2018, the parties filed a stipulation to continue the CMC from April 3 to May 1, 2018, (Docket No. 35), because plaintiff had filed a second amended complaint on March 9, 2018, (Docket No. 33), adding 13 new claims for relief and several new allegations, and defendants wanted some additional time to respond to the new claims and allegations.

Granting this stipulation and request for a one week continuance of the CMC will have no

/
/
/
/
/
/
/
/
/

significant impact on the schedule for this case, especially as no trial date has yet been scheduled.

DATED: April 25, 2018

BRISCOE IVESTER & BASEL LLP

HIGHMAN & HIGHMAN
A PROFESSIONAL LAW ASSOCIATION

ANDERSON CAREY WILLIAMS
& NEIDZWSKI, PLLC


By*/s/ Bruce J. Highman*
   Bruce J. Highman
   Highman & Highman
   Attorneys for Plaintiff

DATED: April 25, 2018

WEINTRAUB TOBIN CHEDIAK
COLEMAN GRODIN


By*/s/ Lukas J. Clary*
   Lukas J. Clary
   Attorneys for Defendants
   Galindo Construction Company, Inc.,
   Lisa M. Galindo and Don Ron Galindo

DATED: April 25, 2018

MURPHY AUSTIN ADAMS
SCHOENFELD LLP


By*/s/ Lisa D. Nicolls*
   Lisa D. Nicolls
   Attorneys for Defendant
   T. L. Peterson, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference is continued to 5/8/18 at 1:30 p.m.

DATED: __4/27__, 2018

*[signature: Kandis Westmore]*
Honorable Kandis A. Westmore
United States District Court Magistrate Judge