UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 8, 2018 | **Time:** 44 minutes | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.:** 17-cv-02277-KAW | **Case Name:** United States, ex rel. v. T L Peterson, Inc. | |

**Attorney for Plaintiff:** Bruce Highman, Peter Prows, Nicholas Neidzwski - via telephone, Gordon Cary - via telephone
**Attorney for Defendant:** Lukas Clary, Lisa Nichols - via telephone

**Deputy Clerk:** Sue Imbriani                **FTR:** 1:59-2:43

### PROCEEDINGS
Initial Case Management Conference - held

**PRETRIAL SCHEDULE:**

**Last day to amend:** 9/10/18

**Discovery cutoff:** 4/5/19

**Expert Rebuttal:** 4/5/19

**Expert disclosure:** 2/8/19

**Expert discovery cutoff:** 4/19/19

**Motions heard by:** 7/18/19

**Pretrial Conference:** 9/18/19 at 2:00 p.m.

**Trial:** 10/2/19 at 9:00 a.m. for 15 days, by (X) Jury        ( ) Court

**Further CMC set for 8/21/18 at 1:30 p.m. with joint updated statement due 8/14/18**

**Court to issue order with pretrial and trial dates and deadlines.**

**Order to be prepared by:**
( )    Plaintiff            ( )    Defendant            ( X )    Court

**Notes:**