Lukas J. Clary, State Bar No. 215519
lclary@weintraub.com
Ryan E. Abernethy, State Bar No. 267538
rabernethy@weintraub.com
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone:    916/558.6000
Facsimile:    916/446.1611

Attorneys for Defendants
Galindo Construction Company, Inc.;
Lisa M. Galindo and Don Ron Galindo
and Defendant T.L. Peterson, Inc.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES ex rel. MATTHEW ZUGSBERGER AND MATTHEW ZUGSBERGER | Case No. 4:17-CV-02277-KAW |
| Plaintiffs, | **[Hon. Kandis A. Westmore]** |
| v. | **STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [Docket 65]**; ORDER |
| T.L. PETERSON, INC., a California corporation, *in personam*; GALINDO CONSTRUCTION COMPANY, INC., a California corporation, *in personam*; LISA M. GALINDO, an individual, *in personam*; DON RON GALINDO, an individual, *in personam;* DOES 1-10, inclusive, | Jury Trial Requested |
| Defendants. | **Complaint Filed: 9/11/17** |

On May 3, 2018, Plaintiffs filed a Motion for Partial Summary Judgment for Instatement of Maintenance and Cure, Payment of Past Maintenance and Cure, and to Set Maintenance Rates [Docket 65] ("Plaintiffs' Motion") in the above captioned Court, Case No. 4:17-cv-02277.

NOW, THEREFORE, Plaintiffs and all Defendants HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.    Defendants' opposition to Plaintiffs' Motion [Docket 65] will be due June 28, 2018;

2.      Plaintiffs' reply in support of Plaintiffs' Motion [Docket 65] will be due July 10, 2018; and

3.      Hearing on Plaintiffs' Motion [Docket 65] will be continued from June 7, 2018 to July 19, 2018.

This stipulation will not alter the date of any event or any other deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated:  May 8, 2018          **ANDERSON CAREY  WILLIAMS & NEIDZWSKI, PLLC**


By:    s/ Nicholas J. Neidzwski
        Nicholas J. Neidzwski
        Attorneys for Plaintiff


Dated:  May 8, 2018          **weintraub tobin** chediak coleman grodin
                             LAW CORPORATION


By:    s/ Lukas J. Clary
        Lukas J. Clary
        Ryan E. Abernethy
        Attorneys for all Defendants


Dated:  May 8, 2018          **MURPHY AUSTIN ADAMS SHOENFELD, LLP**


By:    s/ Lisa D. Nicolls
        Lisa D. Nicolls
        Attorneys for Defendant T.L. Peterson, Inc.

ORDER

Pursuant to the parties' stipulation, the Court alters the briefing schedule as set forth above and continues the hearing on the motion to July 19, 2018, at 1:30 p.m.  The parties are directed to provide a proposed order for future stipulations.

Dated:  5/10/18

_Kandis Westmore_
Hon. Kandis A. Westmore, US Magistrate Judge