PETER PROWS, CBN 257819
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Telephone:  (415) 402-2700
Facsimile: (415) 398-5630
Email:  pprows@briscoelaw.net

BRUCE J. HIGHMAN, CBN 101760
LOUIS A. HIGHMAN, CBN 61703
HIGHMAN & HIGHMAN
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone:  (415) 982-5563
Facsimile:  (415) 982-5202
Email:  bruce.highman@highmanlaw.com

NICHOLAS J. NEIDZWSKI, CBN 273020
GORDON T. CAREY, JR. (Admitted *Pro Hac Vice*)
ANDERSON CAREY
WILLIAMS & NEIDZWSKI
1501 Eldridge Avenue
Bellingham, Washington 98225
Telephone: (360) 671-6711
Facsimile: (360) 647-2943
Email:  nick@boatlaw.com

Attorneys for Plaintiff and Relator
MATTHEW ZUGSBERGER

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES ex rel. MATTHEW ZUGSBERGER and MATTHEW ZUGSBERGER,<br><br>                    Plaintiffs,<br><br>        v.<br><br>T.L. PETERSON, INC., a California corporation, *in personam*; GALINDO | ) Case No.: CV-17-2277 KAW<br>)<br>)<br>)<br>) **JOINT STIPULATION TO**<br>) **CONTINUE ADR DEADLINE AND**<br>) ~~**PROPOSED**~~ **ORDER**<br>)<br>)<br>)<br>) |

JOINT STIPULATION TO CONTINUE ADR DEADLINE
AND PROPOSED ORDER
CV-17-2277 KAW- 1

| | |
|---|---|
| 1 | CONSTRUCTION COMPANY, INC., a )<br>California corporation, *in personam*; LISA )<br>M. GALINDO, an individual, *in personam*; )<br>DON RON GALINDO, an individual, *in* )<br>*personam*; DOES 1-10, inclusive, ) |
| 2 | |
| 3 | |
| 4 | Defendants. ) |
| 5 | ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) |

6      Pursuant to Local Rule 7-12, Plaintiff and Relator Matthew Zugsberger

7   ("Plaintiff"), Defendants Galindo Construction Company, Inc., Lisa M. Galindo and

8   Don Ron Galindo ("Galindo Defendants") and Defendant T.L. Peterson ("Peterson")

9   (collectively, "the parties") hereby stipulate, agree, and request that the ADR

10   completion deadline currently set for July 24, 2018 (Docket No. 82, pg. 8) be continued

11   until the later of the following dates: (1) November 9, 2018 or (2) a date after a

12   decision is entered on Plaintiff's Motion for Partial Summary Judgment (Docket No.

13   65) which is currently set for hearing on September 20, 2018 at 1:30p.m.

14      There is good cause for this stipulation and request. The parties currently have a

15   full-day mediation scheduled on September 6, 2018 with Margaret A. Corrigan, Esq.,

16   Circuit Mediator, U.S. Court of Appeals for the Ninth Circuit. The parties, however,

17   wish to engage in mediation following a decision on Plaintiff's Motion for Partial

18   Summary Judgment and following further discovery. The parties believe that mediation

19   on such a later date will present a better chance at being productive and resolving this

20   case. Ms. Corrigan has also been notified of the parties' intent to mediate on a later

21   date and is amenable to continuing the mediation date accordingly.

22   ///

23   ///

DATED this 23rd day of August, 2018.

**ANDERSON CAREY WILLIAMS & NEIDZWSKI. PPLC**


By:    s/ Nicholas J. Neidzwski
          Nicholas J. Neidzwski
          Attorneys for Plaintiff


**weintraub tobin** chediak coleman grodin

LAW CORPORATION


By:    s/ Lukas J. Clary
          Lukas J. Clary
          Ryan E. Abernethy
          Attorneys for Galindo Defendants


**MURPHY AUSTIN ADAMS SHOENFELD, LLP**


By:    s/ Lisa D. Nicolls
          Lisa D. Nicolls
          Attorneys for Peterson Defendant


## PROPOSED ORDER


PURSUANT TO STIPULATION, IT IS SO ORDERED that the ADR deadline is continued from July 24, 2018 until the later of the following dates: (1) November 9, 2018 or (2) a date following the Court's decision on Plaintiff's Motion for Partial Summary Judgment.


Dated:    8/28/18                                          _Kandis Westmore_
                                                                        Hon. Kandis A. Westmore